JUDGE JOHNSTON

MAGISTRATE JUDGE SCHNEIDER

RECEIVED

1/11/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Michael Dewayne Morton

N/A

N/A

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**22CV50011**

vs.

A. Ciolli

Food Service Department

Medical Department

N/A

N/A

N/A

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

__✓__    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: _Michael DeWayne Morton_

B.    List all aliases: _Supreme Black God # 8.5_

C.    Prisoner identification number: _14125-003_

D.    Place of present confinement: _A.U.S.P Thomson_

E.    Address: _P.O. Box 1002, Thomson. IL. 61285_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _A. Ciolli_

Title: _Warden_

Place of Employment: _A.U.S.P Thomson_

B.    Defendant: _Food Service Department_

Title: _Food Service Department_

Place of Employment: _U.S.P Thomson_

C.    Defendant: _Medical Department_

Title: _Medical Department_

Place of Employment: _U.S.P Thomson_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Case no. 21-CV-50470, and Case no. 21-CV-50373*

B. Approximate date of filing lawsuit: *Dec/15/21, and Sep/29/21*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Michael Dewayne Morton, A.K.A Supreme Black God # 8,5*

D. List all defendants: *A. Ciolli, Ms. RainMaker, Mr. Showalter, and Mr. River*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United States Northern District of Illinois*

F. Name of judge to whom case was assigned: *Iain D. Johnston and Magistrate Jude Margaret J. Schneider, in both cases*

G. Basic claim made: *Personal Injury By Means of Cruel and Unusual punishments imposed*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Case no. 21-CV-50373 was dismissed for small errors and case no. 21-CV-50470 the amended complaint is now pending*

I. Approximate date of disposition: *11/17/2021*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Due to receiving a severe mouth injury here at U.S.P Thomson on Jan/20/2021, Inwhich my right rear bottom tooth was badly broken, due to a rock that was cooked in with my meal. I would now like to have a permanent fillin set in place by U.S.P Thomson medical imminently. I was issued a tray of food by a unknown staffmember, during a institutional lock dock, upon eating this meal, I bit down on a hard object that was later discovered to be a rook. My safety as well as my rights has been violated by the institution as a whole, Specifically the food service department, the medical department. The food service department has a responsibility to ensure each meal is properly fixed and safe to eat, The medical department has a responsibility to properly provide medical care to every inmate who request such care. The warden has a responsibility to enforce the correct policies which governs the institution. All of the above members of this institution, has now neglected their duties, by not providing the correct care as stated above.

4                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

All supporting documentary evidence to prove this claim, has been submitted by me in case no. 21-CV-50373. Since such attempts by me has repeatedly been made; the institution is now choosing not to comply with any requests made by me, in seeking to collect such documentary evidence again. This court may have to review the above case no. 21-CV-50373 to begin reviewing such supporting evidence or submit a order requesting the institution to comply with submitting the needed documents to the courts or me to submit to the court in a timely manner.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.     Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I humbly request this court to order the Institution to comply with providing me a permanent fillin imminently. I also humbly request to receive financial compensation in the said amount of $10,000,000; due to being made to suffer daily in pain. Under the color of law this court should order the institution to comply fully with the above request. (seeking: Individual Sovereign Immunity Rights In Full; Secure Part Creditor Rights In Full, and Full Sentence Reduction)

VI.     The plaintiff demands that the case be tried by a jury.   ☑ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this January day of ___03___, 20 22

Michael Morton
_____

Michael Morton
(Signature of plaintiff or plaintiffs)

Michael Morton
(Print name)

14125-003
(I.D. Number)

A. U. S. P Thomson

P.O. Box 1002

Thomson, IL, 61285
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Respectfully Submitted By,
Michael DeWayne Morton -14125-003
Supreme Black God # 8.5

P.S. May the records of this court reflect the plaintiff's request of the relief sought; inwhich he is deserving, due to the laws of the sea that governs the land. Under the color of law this United States District Court, Northern District Of Illinois, now bears the burden of providing such relief when it is rendered. Due to the merit thereof; this court should fully comply, by providing the necessary aide required to attain the appropriate form of the sought relief, under such laws of governance.