[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

Michael DeWayne Morton

14125-003

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

RECEIVED

MAY 0 6 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

Case No: 22-cv-50011 amended complaint

(To be supplied by the Clerk of this Court)

Rick Vaccarello DDS/NCR-3-4-2021

C. Bungard

Zican

Bureau of Prisons Inc.

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**                    <u>**AMENDED COMPLAINT**</u>

_____        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
               U.S. Code** (state, county, or municipal defendants)

__✓____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
               28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name:  Michael DeWayne Morton

B.    List all aliases:  Supreme Black God # 8.5

C.    Prisoner identification number:  14125-003

D.    Place of present confinement:  U.S.P Thomson

E.    Address:  P.O. Box 1002, Thomson, IL, 61285

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:  Rick Vaccarello

      Title:  Prison Medical Staff

      Place of Employment:  U.S.P Thomson

B.    Defendant:  C. Bungard

      Title:  Prison Medical Staff

      Place of Employment:  U.S.P Thomson

C.    Defendant:  Mr. Zican

      Title:  Food Service Staff

      Place of Employment:  U.S.P Thomson

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 21-CV-50373, 22-CV-50011, 22-CV-50010, and 21-CV-50470

B. Approximate date of filing lawsuit: 2021 an 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael DeWayne Morton only

D. List all defendants: A. Cialli in each case

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Hon. Iain D. Johnston

G. Basic claim made: Bivens Action

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): now pending

I. Approximate date of disposition: present pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On January/20/2021; due to a rock inwhich was cooked in with my food, my right bottom tooth was then badly broken at U.S.P Thomson. All of the following medical staff has failed to correctly provide me with effective medical care; in terms of then correctly applying the necessary permanent filling requested by me repeatedly within U.S.P Thomson. These medical staff bears the burden under the color of law to provide me with the bear necessities of life and appropriate medical care. Mr. Rick Vaccarello and Ms. C. Bungard both had many opportunities to correctly provide me with the requested permanent filling, but failed to do so, such medical abandonment is unconstitutional. Food service staff Mr. Zican failed to then correctly provide me with a safe meal to eat, such negligible act could have then been fatal, and by placing me in danger, in terms of providing me with unsafe food to eat, is considered unconstitutional, due to cruel and unusual punishment inflicted, by means of unsafe food given to me to eat. Both of the above examples are clear violations of my constitutional rights, and each individual therein must be correctly held liable under the color of law. Since these individuals are then protected by qualified immunity laws, such

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

liability now fall on the entire Bureau Of Prisons Inc. It is now the burden of this court, to uphold the correct coding Constitutionality when it apply, under the color of law. Every U.S Citizen free and bound has the right to receive effective medical care; to then deny such rights are considered cruel and unusual punishment methods, these methods are inhuman. The method of relief requested in this case is deemed appropriate, due to the high risk of fatality it could have then caused me. Any inhuman act inwhich has a high risk of fatality is clearly considered to be a violation of my rights as a U.S Citizen, in terms of neglectful Governmental behavior. The fact that it's been over a year, and the appropriate form of medical care has not yet been correctly given to me, is cruel and unusual punishment within itself. If this court can't see the violation of my civil rights by this prohibited Governmental behavior, as stated therein by correctly applying the Judicial philosophy, to reaffirm the court's commitment to stare decisis and the rule of law, and that preserving respect for the rule of law is an elemental judicial task, something is then wrong within this court. All judges are required to interpret three categories of law: the Constitution, Statutes and case precedents. The most important type of law that a court must interpret is the Constitution. Understanding what fundamental law mean presupposes a judicial philosophy and poses inescapable questions of substantive value choices.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

At this time i would like a permanent fillin set in place, and appropriation or compensation in the correct amount of $360 Million, due to cruel and unusual punishment methods. I would also like the following rights added; Full Complete Sovereign Immunity, Full Complete Exemption, Full Complete Insurance of all appropriation or compensation, and a Full Complete Pardon.

**VI.    The plaintiff demands that the case be tried by a jury.**    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _April_ day of _27_, 20_22_

_Michael Morton_

_____
(Signature of plaintiff or plaintiffs)

Michael Morton
(Print name)

14125-003
(I.D. Number)

A.U.S.P Thomson

P.O. Box 1002

Thomson. IL. 61285
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]